# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

131513

DETROIT FREE PRESS, INC.,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN,
DEPARTMENT OF ATTORNEY GENERAL,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131513
COA: 264273
Oakland CC: 05-063422-CZ

On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

p1206

_____
Clerk